UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
HIRAM ROMAN.,

                  Plaintiff,

    - against -

TROOPER RUPERT, *et al.*,

                  Defendants.
--------------------------------------------------------------------x

25-CV-8620 (CS)

**ORDER**

Seibel, J.

    Plaintiff commenced this action on October 17, 2025, and summonses were issued on October 21, 2025.  More than ninety days have elapsed, but Plaintiff has not filed an affidavit of service with the Court attesting to service of the summons and complaint on Defendant.

    This action will be dismissed without prejudice unless Plaintiff, no later than March 19, 2026, either (1) files proof of service with the Clerk of the Court, or (2) shows cause in writing why a further extension of the time limit for service is warranted.  *See* Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated: February 17, 2026
       White Plains, New York

_____
       CATHY SEIBEL, U.S.D.J.

Having heard nothing from Plaintiff, the Court dismisses this action without prejudice. The Clerk shall close the case.

SO ORDERED.

3/27/26
_____
CATHY SEIBEL, U.S.D.J.